# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIAM K. ERRICO, AN INDIVIDUAL; AND WILLIAM ERRICO & ASSOCIATES, P.C., A NEVADA PROFESSIONAL CORPORATION,
Appellants,
vs.
SANDRA STAHL, AS SUCCESSOR GUARDIAN OF THE ESTATE OF WILFRED RICHARD-JAMES BOSSERMAN, AN INCAPACITATED ADULT INDIVIDUAL,
Respondent.

No. 74663

**FILED**

APR 19 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER OF AFFIRMANCE*

This is an appeal from a district court order denying a motion for injunctive relief. Eighth Judicial District Court, Clark County; Timothy C. Williams, Judge.

Respondent Sandra Stahl, as successor guardian of the estate of Wilfred Richard-James Bosserman (collectively, Bosserman) sued appellants William K. Errico and William Errico & Associates, P.C. (collectively, Errico) for legal malpractice. Bosserman allegedly obtained Errico's financial records from the State Bar of Nevada, which Errico argued was in violation of NRS Chapter 239A (providing, among other things, for injunctive relief when a governmental agency subpoenas bank records from a financial institution without notifying the client and providing the client an opportunity to challenge the subpoena). Errico moved for injunctive relief, which the district court denied, determining that the State Bar is not a governmental agency, was not a party to the action, and that SCR 78.5

permits the disclosure of an attorney's financial records. Errico appeals the district court's denial of injunctive relief.

A decision to grant or deny a permanent injunction is reviewed for an abuse of discretion. *Chateau Vegas Wine, Inc. v. S. Wine & Spirits of Am., Inc.*, 127 Nev. 818, 824, 265 P.3d 680, 684 (2011). We conclude that the district court did not abuse its discretion in denying Errico's motion for injunctive relief. *See Keller v. State Bar of California*, 496 U.S. 1, 10-11 (1990) (determining that the California State Bar is not a governmental agency).[1] We therefore,

ORDER the judgment of the district court AFFIRMED.

_____, C.J.
Gibbons

_____, J.        _____, J.
Pickering                                              Hardesty

_____, J.        _____, J.
Parraguirre                                          Stiglich

_____, J.        _____, J.
Cadish                                                  Silver

cc:     Hon. Timothy C. Williams, District Judge
        M. Nelson Segel, Settlement Judge
        Johnson & Gubler, P.C.
        Shumway Van
        Eighth Judicial District Court Clerk

---

[1]Errico filed an emergency motion under NRAP 27(e) to supplement the facts. Finding no grounds for the motion, we deny it. *See* NRAP 27(a)(2).